

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-19-00868-CV

Sam **YOUNGBLOOD**; Daniel P. Diepenhorst; Citrus Holdings, LLC; John William Hayes; Bob Warshawer; Jay McAnnelly; Ehrenberg Chesler Capital Partners, LLC; Ernest T. Wakabayashi, Individually and as Trustee of The Wakabayashi Trust; Gil Hodge; Patricia Hodge; Carter Speer; and Kai Wakabayashi (Cross-Appellee),
Appellants

v.

Phil **ZACCARIA** and Pioneer C-Stores Management, Inc. (Cross-Appellant),
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19312
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Unopposed Joint Motion for Substitution of Counsel for Appellees, Phi Zaccaria and Pioneer C-Stones Management, Inc. is hereby GRANTED.

It is so **ORDERED** on February 25, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT